USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_7-27-2023\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DAVID PAUL LARSON,

                      Plaintiff,

         -against-                                      23-cv-02063 (LAK) (GWG)

THE ARENA GROUP HOLDINGS, INC., et ano.,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court has been informed that the parties have reached a settlement agreement. Accordingly, the case is dismissed with prejudice and without costs subject to a right to reinstate by serving and filing a notice to that effect on or before Monday, August 28, 2023, if the settlement has not been executed or consummated by that date.

        SO ORDERED.

Dated:     July 27, 2023

                                                         /s/ Lewis A. Kaplan
                                                _____
                                                         Lewis A. Kaplan
                                                  United States District Judge